UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 25-58749 |
| WYVONNIE LAVERNE BOLSSTON, | * | |
| | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | JUDGE BAISIER |

## MOTION FOR EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION FOR TURNOVER

COMES NOW Debtor, through counsel, and respectfully moves this Court for an Expedited Hearing.

1.

Debtor filed for relief under 11 U.S.C. Chapter 13 on 8/04/2025.

2.

AmeriCredit/GM Financial has repossessed Debtor's 2019 Nissan Altima vehicle and refuses to release said automobile after being informed of the bankruptcy filing in willful violation of the bankruptcy stay.

3.

Creditor's actions are jeopardizing Debtor's livelihood and the feasibility of the instant Chapter 13 case. Therefore, Debtor requests an Expedited Hearing on the Motion for Turnover pending before this Court.

WHEREFORE Debtor prays:

(a) That this Motion be filed, read and considered:
(b) That this Honorable Court set a time, place and date for an Expedited Hearing into this matter:
(c) That this Honorable Court grant Debtor's prayers; and
(d) That this Honorable Court grant such further and other relief as it may deem just and proper.

Respectfully submitted,
/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
Attorney for Debtor
Georgia Bar No. 406060
The Law Offices of Stanley J. Kakol, Jr.
5353 Fairington Rd., Suite C
Lithonia, GA 30038
(770) 800-0440

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I electronically filed the foregoing **MOTION FOR EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION FOR TURNOVER** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Melissa J. Davey –  Standing Chapter 13 Trustee**

I further certify that on this day I caused a copy of this document to be served via electronic mail on the following parties at the address shown for each.

**AmeriCredit/GM Financial –** BKCollections@gmfinancial.com;

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Wyvonnie Laverne Bolston
4007 North Hill Parkway
Atlanta, GA 30341

AmeriCredit/GM Financial
PO Box 183853
Arlington, TX 76096

Dated: Thursday, August 7, 2025.

By:_____/s/____
Stanley J. Kakol, Jr.
GA Bar No. 406060
Attorney for Debtor
5353 Fairington Road, Suite C
Lithonia, GA 30038
770-800-0440