# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 25-58749-PMB |
| WYVONNIE LAVERNE BOLSTON, : | |
| : | CHAPTER 13 |
| : | |
| DEBTOR : | |

## WITHDRAWAL OF DOCUMENT

COMES NOW the above styled Debtor, by and through the undersigned counsel, and hereby files this Withdrawal of the **Emergency Motion for Turnover** filed in this case on August 7, 2025 and referred to as Docket Entry Number 12.

This Friday, August 15, 2025

                                            Respectfully submitted,

                                            ___/s/_____
                                            Stanley J. Kakol, Jr.,
                                            Georgia Bar No. 406060
                                            Law Offices of Stanley J. Kakol, Jr., PC
                                            5353 Fairington Road
                                            Suite C
                                            Lithonia, GA 30038
                                            770-800-0440
                                            Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :
                                                    :   CASE NO. 25-58749-PMB
WYVONNIE LAVERNE BOLSTON        :
                                                    :
DEBTOR                                       :

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2025, I electronically filed the foregoing **Withdrawal of Document** for its approval using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Wyvonnie Laverne Bolston
4007 North Hill Parkway
Atlanta, GA 30341

Melissa J. Davey
Standing Chapter 13 Trustee
233 Peachtree Street NE
Suite 2250
Atlanta, GA 30303

All creditors and parties of interest in the attached matrix

This Friday, August 15, 2025.

/s/ Stanley J. Kakol, Jr.
Stanley J. Kakol, Jr.
GA Bar No. 406060
Law Office of Stanley J. Kakol, Jr., LLC
5353 Fairington Road
Suite C
Lithonia, GA 30038#

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-58749-pmb<br>Northern District of Georgia<br>Atlanta<br>Fri Aug 15 16:59:20 EDT 2025 | AFS/AmeriFinancial Solutions, LLC<br>Attn: Bankruptcy<br>Po Box 65018<br>Baltimore, MD 21264-5018 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Wyvonnie Laverne Bolston<br>4007 North Hill Parkway<br>Atlanta, GA 30341-1284 |
| Bridgecrest Acceptance Corp<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 | Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850-5298 | Citibank/Sears<br>Attn: Bnakruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519-1641 | Crane Lending, LLC<br>PO Box 477<br>Keshena, WI 54135-0477 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Credit Systems International, Inc<br>Attn: Bankruptcy<br>Po Box 1088<br>Arlington, TX 76004-1088 | Melissa J. Davey<br>Standing Chapter 13 Trustee<br>Suite 2250<br>233 Peachtree Street NE<br>Atlanta, GA 30303-1509 | Emory Healthcare<br>PO Box 403021<br>Atlanta, GA 30384-3021 |
| Genesis FS Card<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Georgia Department of Revenue<br>2595 Century Parkway NE<br>Suite 339<br>Atlanta, GA 30345-3173 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Stanley J. Kakol Jr.<br>The Law Offices of Stanley J. Kakol, Jr.<br>5353 Fairington Road<br>Suite C<br>Lithonia, GA 30038-1164 | LVNV Funding, LLC<br>Resurgent Capital Systems<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Pinnacle Credit Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Systems<br>PO Box 10587<br>Greenville, SC 29603-0587 | Progressive Leasing<br>256 West Data Drive<br>Draper, UT 84020-2315 | Public Storage<br>1801 Savoy Drive<br>Atlanta, GA 30341-1029 |

```
Resurgent Capital Services              Philip L. Rubin                          (p)SPRING OAKS CAPITAL  LLC
Attn: Bankruptcy                        Lefkoff Rubin Gleason Russo Williams PC  1400 CROSSWAYS BLVD STE 100B
Po Box 10497                            Suite 900                                CHESAPEAKE VA 23320-0207
Greenville, SC 29603-0497               5555 Glenridge Connector
                                        Atlanta, GA 30342-4762


State Farm                              Synchrony Bank/Care Credit               Total Visa/The Bank of Missouri
PO Box 23025                            Attn:  Bankruptcy Dept                   Attn: Bankruptcy
Columbus, GA 31902-3025                 Po Box 965064                            Po Box 85710
                                        Orlando, FL 32896-5064                   Sioux Falls, SD 57118-5710


United States Attorney                  (p)WAHIDO LENDING DBA RIVER VALLEY LOANS Wells Fargo Bank NA
Northern District of Georgia            PO BOX 222                               1 Home Campus Mac X2303-01a
75 Ted Turner Drive SW, Suite 600       FT THOMPSON SD 57339-0222                3rd Floor
Atlanta GA 30303-3309                                                            Des Moines, IA 50328-0001
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.    MOHELA                                   Spring Oaks Capital, Llc
dba GM Financial                        Attn: Bankruptcy                         Attn: Bankruptcy
P O Box 183853                          633 Spirit Drive                         P.O. Box 1216
Arlington, TX 76096                     Chesterfield, MO 63005                   Chesapeake, VA 23327


Wahido Lending
PO Box 222
Fort Thompson, SD 57339
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Americredit Financial Services, Inc. Dba G   (u)Green Funds Group DBA GFX     End of Label Matrix
                                                12 Simon Road                    Mailable recipients    38
                                                                                 Bypassed recipients     2
                                                                                 Total                  40
```